UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC LEE ERICKSON,

    Plaintiff,

v.                                                     4:19cv57–WS/CAS

JACK CAMPBELL,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) dated February 15, 2019. The magistrate judge recommends that Plaintiff's amended motion (ECF No. 7) to proceed in forma pauperis be DENIED. Plaintiff has filed no objections to the report and recommendation.

The undersigned has reviewed the matter and has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's amended motion (ECF No. 7) to proceed in forma pauperis is DENIED.

3. Plaintiff shall have up to and including April 16, 2019, to pay the $400.00 filing fee. If Plaintiff fails to pay the required fee within that period of time, the case will be dismissed without prejudice for failure to prosecute.

DONE AND ORDERED this ___19th___ day of ___March___, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE