IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC LEE ERICKSON,
#127087,

    Plaintiff,

v.                                                                              4:19cv57–WS/CAS

JACK CAMPBELL, et al.,

    Defendants.

---

ORDER ADOPTING THE MAGISTRATE JUDGE'S
SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 14) docketed May 6, 2019. The magistrate judge recommends that the plaintiff's case be dismissed as frivolous. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court agrees that the plaintiff's second amended complaint is frivolous and must be dismissed. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is hereby ADOPTED and incorporated by reference in this order.

2. The court's order (ECF No. 9) denying the plaintiff's original motion for leave to proceed in forma pauperis is VACATED.

3. The plaintiff's more recent motion (ECF No. 13) for leave to proceed in forma pauperis is GRANTED.

4. The plaintiff's second amended complaint and this action are DISMISSED as frivolous.

5. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

6. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

7. All other pending motions are DENIED.

DONE AND ORDERED this __11th__ day of __June__, 2019.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE